UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 06 CR 346 |
| v. ) | Hon. Harry D. Leinenweber |
| ) | |
| RASHOD BETHANY, and ) | |
| RICKY LONG ) | |

## AGREED PROTECTIVE ORDER

Upon the parties' motion for a protective order, it is hereby ORDERED as follows:

1. Any materials provided by the Chicago Police Department directly to the defense via trial subpoena that include identifying and contact information regarding alleged homicide and attempted homicide victims and witnesses are NOT to be provided directly or indirectly to defendants. Instead, any such material and information provided to the defense by the Chicago Police Department pursuant to trial subpoena or other court order are to be for "attorney's eyes only," that is, it is to be viewed only by defense counsel, and the court-appointed investigators working with defense counsel. Further, any notes or records of any kind that defense counsel and persons employed to assist the defense may make relating to the contents of the above-described materials shall similarly be handled as "attorney's eyes only."

2. Materials referenced in paragraph 1 shall not be copied or reproduced except so as to provide copies of the material for the use by each defense lawyer and such persons as are employed by them to assist in the defense.

ENTER:

_____
HON. HARRY LEINENWEBER
United States District Judge

Date: ~~June~~ July 7th, 2010
7-7-2010